**UNITED STATES of America, Appellant, v. Patrick BRENNAN.**

No. 9301.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1931.

George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

Milton C. Lauenstein, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

**UNITED STATES of America, Appellant, v. John Richard BROOKS.**

No. 9333.

Circuit Court of Appeals, Eighth Circuit.

Oct. 22, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

Frank R. Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

**UNITED STATES of America, Appellant, v. Bernard E. CHELGREN.**

No. 9321.

Circuit Court of Appeals, Eighth Circuit.

Sept. 28, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

Harry C. Clark and Elmer E. Hall, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. Everett T. DE VOL.**

No. 9253.

Circuit Court of Appeals, Eighth Circuit.

July 20, 1931.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

Alfred A. Raneri, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee, under rule 16.

**UNITED STATES of America, Appellant, v. Arthur JONES, etc.**

No. 9300.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1931.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

Webb, Kelley & Lewis, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.